```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

N.C.,                                    *

    Petitioner,                      *

vs.                                      *
       CASE NO. 4:22-cv-170-CDL-MSH
Attorney General MERRICK                 *
GARLAND, *et al.*,
                                              *

    Respondents.
                                              *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 5, 2023. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 11th day of May, 2023.

                                                    S/Clay D. Land
                                                    CLAY D. LAND
                                                    U.S. DISTRICT COURT JUDGE
                                                    MIDDLE DISTRICT OF GEORGIA